UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.CON INC, a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES INC, a Nevada corporation,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DOES 1–20, unknown parties doing business as A$O, et al.,<br>　　　　　　Defendants. | CASE NO. 2:25-cv-01681-TL<br><br>ORDER ON *EX PARTE* MOTION FOR EXPEDITED DISCOVERY RELATING TO THE IDENTITY OF DOE DEFENDANTS |

This matter is before the Court on Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon")'s *Ex Parte* Motion for Expedited Discovery Relating to the Identity of Doe Defendants. Dkt. No. 10. Having reviewed the motion, the relevant record, and the governing law, the Court GRANTS the motion.

//

//

ORDER ON EX PARTE MOTION FOR EXPEDITED DISCOVERY RELATING TO THE IDENTITY OF DOE DEFENDANTS – 1

The Court ORDERS that Amazon may proceed with expedited discovery as follows:

(1) Amazon IS AUTHORIZED to serve Rule 45 subpoenas and/or letters of request under the Hague Evidentiary Convention on the following third-party companies: Telegram, Signal, Discord, Google, Microsoft, Meta, and TikTok.

(2) To the extent Amazon identifies additional entities or individuals in subpoena or letter-of-request responses as having responsive information related to the identity of Defendants or other bad actors responsible for the scheme alleged in the Complaint, Amazon SHALL seek leave from the Court to serve additional Rule 45 subpoenas or letters of request on those entities or individuals.

Dated this 19th day of December, 2025.

Tana Lin
United States District Judge