The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Does 1-20, unknown parties doing business as "A$O," and the following individuals: Adrian Bylykbashi; Eric Thai; Kai Wang; Robert Nelson; and Vitalii Nuzhnenko,<br><br>Defendants. | No. 2:25-cv-01681-TL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DOCUMENT |

This matter comes before the Court on Plaintiffs' Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc.'s (together, "Amazon"), Motion to Seal Document containing the name and identifying information associated with an investigator working on behalf of Amazon. Having reviewed the papers filed in connection with this matter, the Court finds good cause to seal the Un-Redacted Declaration of Investigator in

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL DOCUMENT - 1
(2:25-cv-01681-TL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

Support of Plaintiffs' *Ex Parte* Motion for Expedited Discovery, and the Motion to Seal Document is GRANTED.

It is ORDERED that the Un-Redacted Declaration of Investigator in Support of Plaintiffs' *Ex Parte* Motion for Expedited Discovery shall be permanently sealed, in order to protect the identity of the investigator.

DATED this 10th day of December, 2025.

_____
The Honorable Tana Lin
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By     *s/ Emily Goodell*
       Bonnie E. MacNaughton, WSBA #36110
       Emily Goodell, WSBA #44349
       920 Fifth Avenue, Suite 3300
       Seattle, WA  98104-1610
       Telephone: 206-622-3150
       bonniemacnaughton@dwt.com
       emilygoodell@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL DOCUMENT - 2
(2:25-cv-01681-TL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax